```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                   10-CV-451(JMR/RLE)
```

Raphael Mendez              )
                            )
      v.                   )
                            )
FMC Rochester, MN, et al;   )     ORDER
Staff Psychiatrist Dionne   )
Hart and Social Worker      )
Pamela Seebach, in their    )
official and individual     )
capacities                  )


This matter is before the Court for consideration of the Report and Recommendation issued by the Honorable Raymond L. Erickson, United States Chief Magistrate Judge, on March 15, 2010 [Docket No. 3]. The plaintiff, acting pro se, timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. This action is summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff's Application to Proceed In Forma Pauperis [Docket No. 2] is denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 27, 2010

                                         s/ JAMES M. ROSENBAUM
                                         JAMES M. ROSENBAUM
                                         United States District Judge